UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IVY BYRD GAINES,

        Petitioner,

  v.

UNITED STATES OF AMERICA,

        Respondent.

C17-264 TSZ
(related to CR03-496 TSZ)

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Having reviewed the parties' Joint Status Report, docket no. 5, the Court STAYS the motion under 28 U.S.C. § 2255 and this case pending resolution of *United States v. Kenney*, No. 16-10117, and/or *United States v. Watson*, No. 16-15357, which are currently proceeding before the United States Court of Appeals for the Ninth Circuit. The parties are DIRECTED to file a Joint Status Report within fourteen (14) days after mandate is issued in either *Kenney* or *Watson* or by June 15, 2018, whichever occurs earlier.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 13th day of March, 2017.

                                      William M. McCool
                                      Clerk

                                      s/Karen Dews
                                      Deputy Clerk

MINUTE ORDER - 1