UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IVY BYRD GAINES,<br><br>    Petitioner,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | C17-264 TSZ<br>(related to CR03-496 TSZ)<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 7, indicating that the mandate in *United States v. Watson*, No. 16-15357, issued on April 6, 2018, and having reviewed the decisions of the United States Court of Appeals for the Ninth Circuit in both *United States v. Watson*, 881 F.3d 782 (9th Cir. 2018), and *United States v. Kenney*, No. 16-10117, in which a mandate issued on March 29, 2018, the Court hereby LIFTS the stay of this matter and returns this case to the active docket.

(2) Petitioner's motion under 28 U.S.C. § 2255, docket no. 1, shall be NOTED for June 22, 2018. The United States shall file and serve its answer to the § 2255 motion on or before May 25, 2018. Petitioner may file a response on or before June 18, 2018. The United States may file a reply brief by the noting date.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of April, 2018.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1