UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IVY BYRD GAINES,<br><br>              Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>              Respondent. | C17-264 TSZ<br>(related to CR03-496 TSZ)<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) This matter is again STAYED pending resolution of *Allen v. United States*, No. 17-10378, and *United States v. Luong*, No. 16-10213, which are currently proceeding before the United States Court of Appeals for the Ninth Circuit. The parties are DIRECTED to file a Joint Status Report within fourteen (14) days after mandate is issued in either *Allen* or *Luong*, or by May 15, 2019, whichever occurs earlier.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of October, 2018.

                                                  William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk

MINUTE ORDER - 1