UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IVY BYRD GAINES,

          Petitioner,

v.

UNITED STATES OF AMERICA,

          Respondent.

C17-264 TSZ
(related to CR03-496 TSZ)

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Minute Order entered October 17, 2018, docket no. 12, the parties were directed to file a Joint Status Report within fourteen (14) days after the United States Court of Appeals for the Ninth Circuit issued a mandate in either *Allen v. United States*, No. 17-10378, or *United States v. Luong*, No. 16-10213, or by May 15, 2019, whichever occurs earlier. No Joint Status Report was timely filed. The Court has independently learned that *Allen* and *Luong* are being held in abeyance pending two other Ninth Circuit matters, including *United States v. Begay*, No. 14-10080, the submission of which has been deferred pending the United States Supreme Court's decision in *United States v. Davis*, No. 18-431, which was argued on April 17, 2019. The parties are DIRECTED to file a Joint Status Report within fourteen (14) days after an opinion is issued in *Davis*, **or by July 15, 2019**, whichever occurs earlier.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of May, 2019.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1