UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IVY BYRD GAINES,<br><br>               Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>               Respondent. | C17-264 TSZ<br>(related to CR03-496 TSZ)<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 14, and the United States Supreme Court's decision in *United States v. Davis*, 139 S. Ct. 2319 (2019), the Court hereby LIFTS the stay of this matter and returns this case to the active docket.

(2) On or before August 9, 2019, the parties shall each file supplemental briefs, not to exceed eighteen (18) pages in length, concerning the effect of *Davis* and any other recent Supreme Court and/or Court of Appeals decisions of relevance to the issues raised in petitioner's motion under 28 U.S.C. § 2255.

(3) Petitioner's motion under 28 U.S.C. § 2255, docket no. 1, shall be NOTED for August 9, 2019.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of July, 2019.

                                             William M. McCool
                                             Clerk

                                             s/Karen Dews
                                             Deputy Clerk

MINUTE ORDER - 1