# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

IVY BYRD GAINES,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

C17-264 TSZ
(related to CR03-496 TSZ)

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report filed on December 18, 2019, docket no. 18, the Court maintains the stay of this matter pending resolution of *United States v. Dominguez*, No. 14-10268, which is currently proceeding before the United States Court of Appeals for the Ninth Circuit. The parties are DIRECTED to file a Joint Status Report within fourteen (14) days after a decision is issued by the Ninth Circuit in *Dominguez* or in any other case addressing the status of Hobbs Act robberies or the vitality of *Deal v. United States*, 508 U.S. 129 (1993), in light of recent amendments to 18 U.S.C. § 924(c)(1)(C), **or by July 31, 2020**, whichever occurs earlier.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of December, 2019.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1