UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IVY BYRD GAINES,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | C17-264 TSZ<br>(related to CR03-496 TSZ)<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   Having reviewed the parties' Joint Status Report, docket no. 22, the Court hereby LIFTS the stay of this matter and returns this case to the active docket.

(2)   On or before September 25, 2020, petitioner shall file a supplemental brief, not to exceed eighteen (18) pages in length, concerning the effect of recent Supreme Court and/or Court of Appeals decisions on, and any other issues relating to, petitioner's motion under 28 U.S.C. § 2255. Any response, not to exceed eighteen (18) pages in length, shall be filed by October 30, 2020, and any reply, not to exceed nine (9) pages in length, shall be filed by November 6, 2020.

(3)   Petitioner's motion under 28 U.S.C. § 2255, docket no. 1, shall be NOTED for November 6, 2020.

(4)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of September, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1